Frankenstein and Company, Appellee, v. Adams and Austin Building Corporation, Appellant.

Gen. No. 43,179.

Heard in the first division, first district, this court at the October term, 1944; opinion filed March 26, 1945; rehearing denied April 11, 1945; released for publication April 11, 1945. McCarthy & Toomey, for appellant; Frank A. McCarthy and John E. Toomey, of counsel; David I. Lipman, for appellee; Harry G. Fins, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.